## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**"JANE DOE" a pseudonym**,

   Plaintiff,

  v.

**ALLEGHENY COLLEGE**,

   Defendant.

Civil Action No.  1:20-cv-00212-SPB

### ORDER OF COURT

AND NOW, this _____5ᵗ_____ day of _____October_____, 2022, upon

consideration of the Second Motion to Extend the Case Management Deadlines, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  The following dates are

established:

  1. The parties shall complete fact discovery by **November 18, 2022.**

  2. Plaintiff's expert reports shall be due on or before **December 19, 2022.**

  3. Defendant's expert reports shall be due on or before **January 19, 2023.**

  4. Expert depositions to be completed on or before **February 20, 2023**.

    BY THE COURT:

    *Susan Paradise Baxter*