IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "JANE DOE" a pseudonym : <br> : <br> Plaintiff  : **No. 1:20-CV-00212-SPB** <br> : <br> v.  : <br> : **CIVIL ACTION** <br> ALLEGHENY COLLEGE  : <br> : <br> Defendant.  : <br> : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe ("Plaintiff") and Defendant Allegheny College ("Defendant") hereby stipulate, through their undersigned counsel, that this action shall be dismissed with prejudice.

Undersigned counsel for all parties consent to the submission of this Stipulation with electronic signatures.

Dated: May 8, 2023

| **KLINE & SPECTER, P.C.** | **TUCKER LAW GROUP, LLC** |
|---|---|
| /s/ Helen A. Lawless <br> Thomas R. Kline, Esquire <br> Helen A. Lawless, Esquire <br> I.D. No. 28895; 327249 <br> 1525 Locust Street, 19th Floor <br> Philadelphia, PA 19102 <br> (215) 772-1000 <br><br> *Attorneys for Plaintiff* | /s/ Heather R. Olson <br> Joe H. Tucker, Esquire <br> Jessica A. Rickabaugh, Esquire <br> Heather R. Olson, Esquire <br> I.D. Nos. 56617; 200189; 92073 <br> Ten Penn Center <br> 1801 Market Street, Suite 2500 <br> Philadelphia, PA 19103 <br> (215) 875-0609 <br><br> *Attorneys for Defendant* |

BY THE COURT:

_____
**Honorable Susan Paradise Baxter**

**Date:** May 11, 2023

## CERTIFICATE OF SERVICE

I, Heather R. Olson, Esquire, hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**TUCKER LAW GROUP**

Date: May 8, 2023

/s/ Heather R. Olson
Heather R. Olson, Esquire